UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| NAVY E. KEELING, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 10-23-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| HORIZONS YOUTH SERVICES, L.C., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendant Horizons Youth Services, L.C., with respect to all issues raised herein.

(2)     This action is **DISMISSED** and **STRICKEN** from the Court's docket.  Likewise, all claims asserted in this action by Plaintiff Navy E. Keeling are **DISMISSED**, with prejudice.

(3)     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 5th day of July, 2011.



Signed By:

*Danny C. Reeves*  DCR

United States District Judge